# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Jason Cottle; Saima Miller; and James Miller, on behalf of themselves and all others similarly situated,<br>*Plaintiff*<br>v.<br>Associated Credit Service Inc<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:16-cv-00155-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 25, GRANTED.
Plaintiffs' Motion for Summary Judgment, ECF No. 28, DENIED.
Plaintiffs' Motion for Class Certification, ECF No. 36, DENIED AS MOOT.
Defendant's Motion for Order Authorizing Defendant to Amend Answers, ECF No. 44, DENIED AS MOOT.
Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on Defendant's motion for Summary Judgment, ECF 25, GRANTED. Plaintiffs' Motion for Summary Judgment, ECF No. 28, DENIED. Plaintiffs' Motion for Class Certification, ECF No. 36, DENIED AS MOOT. Defendant's Motion for Order Authorizing Defendant to Amend Answers, ECF No. 44, DENIED AS MOOT.

Date: 6/23/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler